# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| RUBEN C. JONES, | ) |
| Petitioner, | ) |
| v. | ) No. 4:14CV01656 ERW |
| STATE OF MISSOURI, | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition will be summarily dismissed. See 28 U.S.C. § 2254, Rule 4.

Petitioner challenges a 1994 robbery conviction. He has brought several federal habeas petitions challenging this same conviction. See Jones v. Missouri, 4:09CV1836 ERW (E.D. Mo.). As a result, the instant petition is successive and may not be brought in this Court.

Moreover, the petition is incoherent and the grounds raised are not cognizable in habeas proceedings. Petitioner claims that he was falsely imprisoned and he fails to request any relief. As a result, the Court will dismiss this action without further proceedings.

Finally, petitioner has failed to demonstrate that jurists of reason would find it debatable whether petitioner is entitled to relief. Thus, the Court will not issue a certificate of appealability. 28 U.S.C. § 2253(c).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

An Order of Dismissal will be filed separately.

So Ordered this 2nd day of October, 2014.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE